### 14558.   REA *v.* THE STATE.

BLOODWORTH, J.   " While the evidence is rather weak, this court cannot say as a matter of law that the verdict is without evidence to support it. The verdict having been approved by the trial judge, under the repeated and uniform rulings of this court and of the Supreme Court a reviewing court is powerless to interfere." *Townsend* v. *State,* 26 *Ga. App.* 82, 83 (105 S. E. 377), and cases cited.
                    *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
                              DECIDED JUNE 12, 1923.

Indictment for cheating and swindling; from Walker superior court — Judge Wright. March 31, 1923.

*Henry & Jackson,* for plaintiff in error.

*E. S. Taylor, solicitor-general,* contra.